## 70045. DEPARTMENT OF TRANSPORTATION v. GUNNELS.
(344 SE2d 545)

BIRDSONG, Presiding Judge.

Our judgment in *Dept. of Transp. v. Gunnels*, 175 Ga. App. 632 (334 SE2d 197) has been reversed by the Supreme Court on certiorari

in *Dept. of Transp. v. Gunnels*, 255 Ga. 495 (340 SE2d 12) (1986). Our judgment is hereby vacated and the decision of the Supreme Court is adopted as our own. The judgment of the Superior Court of Pike County is reversed.

*Judgment reversed. Banke, C. J., Deen, P. J., McMurray, P. J., Carley, Sognier, Pope, Benham, and Beasley, JJ., concur. Deen, P. J., also concurs specially.*

DEEN, Presiding Judge, concurring specially.

For many years the language appearing in *State Hwy. Bd. v. Bridges*, 60 Ga. App. 240, 241 (2) (3 SE2d 907) (1939) has plagued and placed most members of this court in a dilemma. See *Fulton County v. Elliott*, 109 Ga. App. 775, 779-780 (137 SE2d 477) (1964); *Elliott v. Fulton County*, 220 Ga. 377, 381 (139 SE2d 312) (1964); and *State Hwy. Dept. v. Thompson*, 112 Ga. App. 488 (145 SE2d 784) (1965). The Supreme Court has now rectified and clarified the situation in *Dept. of Transp. v. Gunnels*, 255 Ga. 495 (340 SE2d 12) (1986) by disapproving *Bridges*, supra, and the latter *Elliott*, supra, which most of our court felt constrained to follow in *Dept. of Transp. v. Gunnels*, 175 Ga. App. 632 (334 SE2d 197) (1985).

I concur fully with the majority opinion in the instant case. Since an important part of our condemnation law has now been corrected, it is not inappropriate to borrow the words written by Judge Randall Evans, Jr.[1] to say that the Supreme Court rendered "an outstanding decision that deserves paeans of praise and accolades garnished with plaudits!" *Doyal Dev. Co. v. Blair*, 135 Ga. App. 337, 338 (217 SE2d 501) (1975).

DECIDED APRIL 24, 1986.

*Michael J. Bowers, Attorney General, James P. Googe, Jr., Executive Assistant Attorney General, Marion O. Gordon, First Assistant Attorney General, Roland F. Matson, William C. Joy, Senior Assistant Attorneys General, Jack L. Park, Jr., Special Assistant Attorney General,* for appellant.

*Harvey J. Kennedy, Jr.,* for appellee.

---

[1] Judge Evans, who was also Speaker of the Georgia House of Representatives 1941-42, received an annual award in 1974, presented by the American Trial Lawyers Association, as the Nation's Outstanding Appellate Judge.